**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

---

No. 94-3139

---

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,
                              Cross-Appellant,

                    versus

WILLIAM O. STEELE,

                              Defendant-Appellant,
                              Cross-Appellee.

                    --------------------------
          Appeals from the United States District Court for the
                      Northern District of Florida
                    --------------------------

          ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC
              (Opinion:  117 F.3d 1231, 11th Cir. July 24, 1997)

                        (December 4, 1997)

Before HATCHETT, Chief Judge, TJOFLAT, ANDERSON, EDMONDSON, COX, BIRCH,
DUBINA, BLACK, CARNES, BARKETT and HULL, Circuit Judges.

B Y   T H E   C O U R T :

        A member of this court in active service having requested a poll
on the suggestion of rehearing en banc and a majority of the judges in this
court in active service having voted in favor of granting a rehearing en
banc,

        IT IS ORDERED that the above cause shall be reheard by this
court en banc.  The previous panel's opinion is hereby VACATED.